# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1826
L.T. Case No. 64-2020-302464-CFDB

_____

ANDREW BURGMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
A. Christian Miller, Judge.

Andrew Burgman, Monticello, pro se.

No Appearance for Appellee.

August 11, 2026

PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____